# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0679
LT Case No. 2021-CF-007769

_____


KEVIN WALTER SMITH,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____


On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss, Assistant Public Defender, Daytona Beach, for Appellant.

Kevin Walter Smith, Raiford, pro se.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.


August 22, 2023

PER CURIAM.

     AFFIRMED.

LAMBERT, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____